IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KRISTY LYNN PUGLIESE,**<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,**<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:24-cv-03929-AT-JKL |

## NOTICE OF SETTLEMENT AS TO EXPERIAN ONLY

PLEASE TAKE NOTICE that Plaintiff Kristy Lynn Pugliese and Defendant Experian Information Solutions, Inc. have reached a settlement to resolve Plaintiff's claims.

Plaintiff and Defendant anticipate that they will execute and perform a final settlement within sixty (60) days of the date of this notice, at which time the parties will file a Stipulation for Dismissal.

Dated: January 7, 2025

JOSEPH P. MCCLELLAND, LLC

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No: 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, GA 30030
Telephone: (770) 775-0938
Fax: (470) 468-0070
Email: joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I filed a true and correct copy of the foregoing Notice of Settlement with the Electronic Case Filing system of the Court, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Joseph P. McClelland*
Joseph P. McClelland